## SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 18 MM 2017
:
                 Respondent :
:
           v. :
:
RAYMOND HARRY MILEY, :
:
                 Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2017, in consideration of the Motion to Proceed *Pro Se* and the Petition for Withdraw as Counsel, this matter is **REMANDED** to the Court of Common Pleas of Bucks County for that court to determine whether Petitioner's current counsel should be granted leave to withdraw. If current counsel is permitted to withdraw, the court shall then determine whether Petitioner should be granted leave to proceed *pro se* or new counsel should be appointed. The Court of Common Pleas of Bucks County is **DIRECTED** to enter its order regarding this remand within 45 days.